UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

VERNON HINES,

     Plaintiff,

-vs-
                               Case No.: 2:15-cv-00713-JES-MRM

NAVIENT SOLUTIONS, INC.,
and NAVIENT CORPORATION,

     Defendants.

_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Vernon Hines, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system this 5 day of June, 2017 to: all counsel of record and the following parties:

     Lois Rosinski
     AAA Case Administrator
     Rosinskil@adr.org

                             s/Octavio Gomez
                             Octavio Gomez, Esquire
                             Morgan & Morgan, Tampa, P.A.
                             One Tampa City Center
                             201 N. Franklin Street, 7th Floor
                             Tampa, FL 33602
                             Tele: (813) 223-5505
                             tgomez@forthepeople.com
                             Florida Bar #: 0338620
                             Attorney for Plaintiff